UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED

DEC - 3 2012

AT 8:30_____M
WILLIAM T. WALSH CLERK

---------------------------------------------------X
JEFF SNYDER                       :
        Plaintiff,                 :      CIVIL ACTION - LAW
  v.                              :
                                  :      No: 10-CV-04896 (FLW)
NORTHEAST REMSCO                  :
CONSTRUCTION, INC.                :
        Defendant.                 :      JURY TRIAL DEMANDED
---------------------------------------------------X

## STIPULATION FOR DISMISSAL

IT IS HEREBY stipulated by and between the parties and/or their respective counsel(s) that the above-captioned action may be dismissed with prejudice.

BARISH ROSENTHAL

_____
Samuel J. Rosenthal, Esquire
1717 Arch Street - Suite 4020
Bell Atlantic Towers
Philadelphia, PA  19103
(215) 923-8900
Attorney for Plaintiff

Dated: November 29, 2012

IT IS SO ORDERED:

_____  12/3/12
FREDA L. WOLFSON, U.S.D.J.